# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,     )
                    )
        Plaintiff,     )
                    )
        v.         )      Case No. 25-cr-00291-SRB
                    )
KEVIN A. HARKINS,     )
                    )
        Defendant.     )

## ORDER

Before the Court is United States Magistrate Judge Lajuana M. Counts's Report and Recommendation (Doc. #38) to deny Defendant's Motion to Dismiss Count I (Doc. #22). Defendant timely filed his objections to the Report and Recommendation.

After an independent and careful review of the record and applicable law, the Court ADOPTS Judge Counts's Report and Recommendation (Doc. #38). It is ORDERED that the Defendant's Motion to Dismiss Count I (Doc. #22) is DENIED. It is further ORDERED that the Report and Recommendation be attached to and made a part of this Order.

    **IT IS SO ORDERED.**

                              /s/ Stephen R. Bough
                              STEPHEN R. BOUGH, JUDGE
 Dated: <u>August 10, 2026</u>          UNITED STATES DISTRICT JUDGE