# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

United States of America
v.
KEVIN A. HARKINS

Case Number: 25-CR-00291-01-CR-W-SRB

Date: September 21, 2026

Honorable Stephen R. Bough presiding at Kansas City, Missouri

Time commenced: 2:27 p.m.

Time terminated: 2:38 p.m.

Appearances

Government
Brandon Chlarson
o/b/o Maureen Brackett, AUSA

Defendant
Andrew Fox, o/b/o
Ronna Holloman-Hughes

**PROCEEDINGS:**

Defendant appears to change his plea from not guilty to guilty of Count One, Count Two and the Forfeiture Allegation to the Indictment.

X Defendant sworn.
X Court questions defendant regarding his physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
X Plea is accepted by the Court.
X Court orders Presentence Investigation (PSI).
X Defendant remanded to custody.

REMARKS: Sentencing is set for February 11, 2027, at 9:30 a.m.

Court Reporter: Gayle Wambolt

Tracey D. Peters, Courtroom Deputy